**SO ORDERED.**

**SIGNED this 05 day of November, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
John C. Cook
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF TENNESSEE

| In re: | ) | |
|---|---|---|
| | ) | |
| **Southern Erosion Company Inc.** | ) | **No. 09-10182** |
| | ) | **Chapter 11** |
| Debtor | ) | |

### ORDER

This case came to be heard upon the Debtor's Plan of Reorganization filed on July 15, 2009. For the reasons stated orally by the court on the record, confirmation is denied without prejudice to the debtor's right to propose a new chapter 11 plan.

# # #