B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Tennessee

In re  Southern Erosion Company  ,   Case No. 09-10182
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  March 2010   Date filed: _____

Line of Business:  Erosion   NAISC Code:  561730

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Jo Ann Reece
Original Signature of Responsible Party

Jo Ann Reece
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☑ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☑ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☑ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☑ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

| | Yes | No |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☐ | ☑ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---:|
| | TOTAL INCOME $ | 0.00 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 268.00 |
| Cash on Hand at End of Month | $ | 68.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL | $ | 68.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---:|
| | TOTAL EXPENSES $ | 200.00 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---:|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 0.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 200.00 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -200.00 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 980.73

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 250,000.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 0.00 | $ 0.00 | $ 0.00 |
| EXPENSES | $ 0.00 | $ 200.00 | $ 200.00 |
| CASH PROFIT | $ 0.00 | $ 0.00 | $ -200.00 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:            $    0.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:          $    0.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:       $    0.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

CASE NAME: Southern Erosion Company, Inc

CASE NUMBER: 09-10182

SUMMARY OF CASH ON HAND (Form 25C)

MONTH ENDED: March 2010

EXHIBIT B
REV 2/09

## Bank Accounts

| | Operating | Petty Cash | Total |
|---|---|---|---|
| Name of Bank | Southeast Bank | Office | |
| Account # | 6708 | N/A | |
| Beginning book balance | 268.00 | 0.00 | 268.00 |
| Add: Deposits * | 0.00 | 0.00 | 0.00 |
| Voided checks | 0.00 | 0.00 | 0.00 |
| Transfers in ** | 0.00 | 0.00 | 0.00 |
| Less: Disbursements *** | 200.00 | 0.00 | 200.00 |
| Transfers out ** | 0.00 | 0.00 | 0.00 |
| Ending book balance | 68.00 | 0.00 | 68.00 |
| Balance of Cash on Date This Report was Filed ("Cash Currently Available" - Form 25C | 0.00 | 0.00 | 0.00 |

* ATTACH LIST OF INCOME RECEIVED DURING MONTH BY CATEGORY AND AMOUNT.

** USE TRANSFER LINE ONLY FOR TRANSFERS BETWEEN DEBTOR'S BANK ACCOUNTS. TRANSFERS IN SHOULD EQUAL TRANSFERS OUT.

*** ATTACH COPY OF CASH DISBURSEMENTS JOURNAL OR OTHER RECORD SHOWING DATE, PAYEE, PURPOSE AND AMOUNT FOR ALL CASH OR CHECK DISBURSEMENTS.

CASE NAME: Southern Erosion Company, Inc.
CASE NUMBER: 09-10182

## UNPAID BILLS - POST PETITION (Form 25C)

MONTH ENDED: March 2010

| | PURPOSE | DATE INCURRED | DATE DUE | TOTAL AMOUNT DUE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| **TAXES PAYABLE:** | | | | | | | | |
| Payroll tax [Total paid during current period attach copies of deposit receipts] | | | | 0.00 | 0.00 | | | |
| Sales tax | | | | 0.00 | 0.00 | | | |
| Property tax | | | | 0.00 | 0.00 | | | |
| POSTPETITION SECURED DEBT | | | | 0.00 | 0.00 | | | |
| POSTPETITION UNSECURED DEBT | | | | 0.00 | 0.00 | | | |
| ACCRUED INTEREST PAYABLE | | | | 0.00 | 0.00 | | | |
| **TRADE ACCOUNTS PAYABLE & OTHER (Itemize):** | | | | | | | | |
| US Trustee Quarterly Fees | | | | 980.73 | 980.73 | | | |
| **TOTALS** | | | | **980.73** | **980.73** | **0.00** | **0.00** | **0.00** |

EXHIBIT D
REV 2/09



| Athens | Cleveland | Dayton | Decatur |
|---|---|---|---|
| 423-745-6444 | 423-303-2820 | 423-775-0221 | 423-334-1234 |

| Ooltewah | Spring City | Ten Mile |
|---|---|---|
| 423-238-4403 | 423-365-0221 | 423-334-1122 |

```
SOUTHERN EROSION COMPANY INC              Date     3/31/10        Page       1
3263 TERRACE AVE                          Account Number       ■■6708
CLEVELAND TN   37312                      Enclosures                         1


NOTICE    Deposits are generally available to withdraw the next business day.
Deposits by check may not be available until the 2nd business day or in some
cases until the 7th business day. We will notify you if we delay availability.

                   ---- CHECKING ACCOUNTS ----

SMALL BUSINESS CHECKING                   Number of Enclosures               1
Account Number                ■■6708      Statement Dates  3/01/10 thru 3/31/10
Previous Balance              268.00      Days in the statement period      31
       Deposits/Credits          .00      Average Ledger                   209
     1 Checks/Debits           200.00     Average Collected                209
Service Charge                   .00
Interest Paid                    .00
Ending Balance                 68.00


Checks in Serial Number Order
 DATE      NUMBER                AMOUNT
 3/23                            200.00
  *Indicates Skip in Check Number

                SOUTHEAST BANK & TRUST
            WHERE YOU ALWAYS GET SOMETHING EXTRA!
           VISIT US ONLINE AT WWW.SOUTHEASTBANK.NET
```

Date: 3/31/2010 Page: 2 of 2
Primary Account: ####708

**SouthEast**

Pay to the order of: JoAnn Reece    $ 200.00
Date: Mar. 23, 2010
Two Hundred + 00/100 Dollars

For: Admin. Fees

Ck# 0  Date 3/23/2010  Amt $200.00

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Small Business Monthly Operating Report (Form 25C) was sent by U. S. Mail properly addressed and with correct postage to the persons or offices listed below.

Done this __27__ day of __April__, 20_10_.

_____
(Signature)
Richard L. Banks
(Printed name)
620 Church Street
(Street address)
Cleveland, TN 37311
(City, state, zip)
(423) 479-4188
(Telephone)

[CASES WITH DEBT TO IRS]
    Internal Revenue Service
    SB/SE - Insolvency
    801 Broadway, MDP 146
    Nashville, TN  37203

[CASES WITH CREDITORS COMMITTEE]
    Members of Creditors Committee
        (list names and addresses)